EGAN v. PEARSON PUB. CO. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Joseph Egan against the Pearson Publishing Company. C. B. Mitchell, of New York City, for plaintiff. H. W. Bridges, of New York City, for defendant. No opinion. Exceptions overruled, and judgment ordered for plaintiff on verdict, with costs. Settle order on notice.

EHRLICHER, Appellant, v. PETERS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Charles Ehrlicher against Sanford C. Peters. No opinion. Judgment affirmed, with costs.

In re EICHNER. (Supreme Court, Appellate Division, First Department. May 22, 1914.) In the matter of Emanuel A. Eichner, an attorney. No opinion. Respondent disbarred. Order filed.

EISEMANN, Appellant, v. EISEMANN, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by Lydia H. Eisemann, against Peter J. Eisemann. No opinion. Judgment affirmed, without costs.

ELLIOTT, Respondent, v. NILES et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Ella Pearl Elliott, as executrix, etc., against William W. Niles and another, copartners, etc. No opinion. Motion for resettlement denied, without costs.

ELY, Respondent, v. POSTAL TELEGRAPH-CABLE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Frank A. Ely against the Postal Telegraph-Cable Company. No opinion. Judgment and order affirmed, with costs.

ENRIGHT, Respondent, v. NEW YORK TIMES CO., Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Richard E. Enright against the New York Times Company. E. M. Souza, of New York City, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EQUITABLE LIFE ASSUR. SOCIETY OF UNITED STATES, Appellant, v. SMITH, Respondent, et al. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by the Equitable Life Assurance Society of the United States against Catharine H. B. Smith, impleaded with others. Alexander & Green, of New York City, for appellant. H. A. Prince, of New York City, for respondent. No opinion. Order reversed, without costs, and motion to resettle order of April 8, 1914, granted to extent stated in order. Order filed.

ETTLINGER v. KRUGER. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Louis Ettlinger against Theodore Kruger. No opinion. Application denied, with $10 costs. Order signed. See, also, 147 N. Y. Supp. 37.

EVARTS et al. v. BENEDICT. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Leonard H. Evarts and others against Julian Benedict. No opinion. Application denied, with $10 costs. Order signed.

FABER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Mary Faber as administratrix against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 295.

FABER, Respondent, v. GREENE, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Leander B. Faber against Everett Greene. PER CURIAM. Motion granted, without costs. See, also, 146 N. Y. Supp. 1090. JENKS, P. J., taking no part.

FAIRCHILD v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Bessie W. Fairchild against the Pennsylvania Railroad Company. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

FALK v. NASSAU FERRY CO. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Gershon Falk against the Nassau Ferry Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 147 N. Y. Supp. 1109.

FALK v. NASSAU FERRY CO. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Gershon Falk against the Nassau Ferry Company. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1109.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 6,001, issued to Elizabeth Greenwald. No opinion. Order affirmed, with $10 costs and disbursements. Leave to appeal to Court of Appeals denied, 147 N. Y. Supp. 1109.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, etc., as to certificate No. 6,001, issued to Elizabeth Greenwald. No opinion. Motion for leave to appeal to the Court of Appeals denied. For former decision, see 147 N. Y. Supp. 1109.

In re FARLEY, State Com'r of Excise. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 16,893, issued to William A. Thater, and transferred to Catherine Cronin. No opinion. Motion for re-